| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | RACHEL W. HILL, Bar #151522 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DELILA LOUISE OWENS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-00445 AWI DLB |
|---|---|
| *Plaintiff,* | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; and ORDER |
| v. | ) |
| | ) Date : May 29, 2012 |
| DELILA LOUISE OWENS, | ) Time: 1:00 P.M. |
| | ) Judge: Dennis L. Beck |
| *Defendant.* | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for February 13, 2012, **may be continued to May 29, 2012, at 1:00 P.M.**

This continuance is made at the request of defense counsel. Defendant is out of custody. This is a case with voluminous discovery which dates back several years. The defense requires the additional time to review, organize and assess the discovery as well as pursue its own investigation before any meaningful plea negotiations may be had. AUSA Henry Carbajal, counsel for the government, is in agreement with the requested continuance. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded because the ends
2    of justice served by continuing this case outweigh the best interests of the public and the defendant in a
3    speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§
4    3161(h)(7)(A) and 3161(h)(7)(B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED:  February 8, 2012         /s/ Henry Carbajal
                                 HENRY CARBAJAL
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 DANIEL J. BRODERICK
                                 Federal Defender


DATED: February 8, 2012          /s/ Rachel W. Hill
                                 RACHEL W. HILL
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DELILA LOUISE OWENS


**O R D E R**

**IT IS SO ORDERED**.  For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **February 9, 2012**         **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    2